UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

REYNAUD CHANDLER
        Petitioner,

-against-

UNITED STATES OF AMERICA
        Respondent.
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

**ORDER OF DISMISSAL**
CV05-3250 (CBA)
CR03-00203 (CBA)-related case

AMON, J.

On August 27, 2004, the defendant Reynaud Chandler was sentenced to concurrent terms of 180 months on two counts charging him with possession of a firearm as a convicted felon.

He has now filed a motion pursuant to Title 21 U.S.C. Section 2255 in which no grounds for relief are stated. He simply requests that "this Court put his appeal on hold so he can 'now litigate' issues in his State Court case of ineffective assistance of counsel." (Chandler Affirmation at paragraph 2). Although he does not so state, the conviction he wishes to attack is presumably one that occasioned his status as a "convicted felon" in underlying the federal charges.

The Court dismisses the petition. Petitioner cannot file a petition asserting no grounds for relief in an effort to toll the one year limitations period. Accordingly, the Court dismisses the petition.

So Ordered.

Dated: Brooklyn, New York
      July 21, 2005

s/CBA
_____
Carol Bagley Amon
United States District Judge